ARTHUR C. SPENCE, Respondent, v. ELIA. VOLPI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

KOBRE ASSETS CORPORATION, Respondent, v. HYMAN D. BAKER, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date for examination to proceed to be fixed in order. Order to be settled on notice. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

POPE TRADING COMPANY v. SAMUEL CUTLER.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

.COLUMBIA TRUST COMPANY, Respondent, v. NORSKE LLOYD INSURANCE COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve amended answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

DOTY & ORR COMPANY, Appellant, v. REDESDALE CORPORATION and Others, Defendants, Impleaded with GERTRUDE A. VANDERBECK and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ADOLPH ROTH, an Infant, by MORRIS ROTH, His Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Dowling, J., dissented on the ground that the verdict was against the weight of the evidence.

MORRIS ROTH, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Dowling, J., dissented on the ground that the verdict was against the weight of the evidence.

In the Matter of JOHN SULLIVAN, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES F. PAGE and FRANK D'ANDREAU, Appellants.— Judgment reversed and defendant discharged on authority of People v. Eastman (188 N. Y. 478). Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE CITY OF NEW YORK, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

FRANK J. VALENTI, Appellant, v. NEW YORK THEATRE COMPANY, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and